NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARALLEL NETWORKS, LLC,**
*Plaintiff-Appellant,*

**v.**

**ABERCROMBIE & FITCH CO.,**
*Defendant-Appellee,*

AND

**ASICS AMERICA CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., BARNESANDNOBLE.COM, LLC, BRAIN BUSTERS, LLC, BRAWN, LLC, CABELA'S, INC., CITIZEN WATCH COMPANY OF AMERICA, INC., DELTA AIRLINES, INC., DILLARD'S, INC., FLAIRVIEW TRAVEL PTY LTD., FLIGHTBOOKERS LTD., IAC SEARCH & MEDIA, INC., IP HOLDINGS, INC., ICONIX BRAND GROUP, INC., JAG FOOTWEAR, ACCESSORIES & RETAIL CORPORATION (ALSO KNOWN AS JONES RETAIL CORPORATION), MACY'S WEST STORES, INC., MACYS.COM, INC., NETFLIX, INC., ONESTOP INTERNET, INC., ORIENTAL TRADING COMPANY, INC., SUBARU OF AMERICA, INC., SUNGLASS HUT TRADING, LLC, TARGET CORPORATION, THE GOODYEAR TIRE & RUBBER COMPANY, TRIPADVISOR LLC, US AIRWAYS, INC., AND ZAPPOS RETAIL, INC.,**
*Defendants-Appellees,*

AND

**ADIDAS AMERICA, INC.,**
*Defendant-Appellee,*

AND

**AEROPOSTALE, INC. AND RALPH LAUREN MEDIA, LLC,**
*Defendants-Appellees,*

AND

**H-D MICHIGAN, INC. AND HARLEY-DAVIDSON, INC.,**
*Defendants-Appellees,*

AND

**VOLKSWAGEN OF AMERICA INC. (NOW KNOWN AS VOLKSWAGEN GROUP OF AMERICA), BENTLEY MOTORS, INC., AND BENTLEY MOTORS LTD.,**
*Defendants-Appellees,*

AND

**BRIGGS & STRATTON CORP., BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC, AND MOTOROLA MOBILITY, INC.,**
*Defendants-Appellees,*

AND

**BROOKS SPORTS, INC. AND RUSSELL BRANDS, LLC,**
*Defendants-Appellees,*

AND

**COLDWATER CREEK, INC.,**

*Defendant-Appellee,*

AND

**HSN INTERACTIVE LLC AND HSN LP,**
*Defendants-Appellees,*

AND

**HAYNEEDLE, INC.,**
*Defendant-Appellee,*

AND

**J.C. PENNEY CORPORATION, INC., JUICY
COUTURE, INC., KMART CORPORATION, LIZ
CLAIBORNE, INC., NEW BALANCE ATHLETIC
SHOE, INC., NORDSTROM, INC., OFFICE DEPOT,
INC., PATAGONIA, INC., RECREATIQNAL
EQUIPMENT, INC., SEARS BRANDS, LLC,
SEARS HOLDINGS CORPORATION, SEARS,
ROEBUCK AND CO., THE GAP, INC., WILLIAMS-
SONOMA, INC., AND QVC, INC.,**
*Defendants-Appellees,*

AND

**JP MORGAN CHASE & CO.,**
*Defendant-Appellee,*

AND

**LG ELECTRONICS USA, INC.,**
*Defendant-Appellee,*

AND

**LOWE'S HOME CENTERS, INC.,**
*Defendant-Appellee,*

AND

## MAGHOUND ENTERPRISES, INC., TIME, INC., AND TOYOTA MOTOR SALES USA, INC.,
*Defendants-Appellees,*

AND

## MAPQUEST, INC.,
*Defendant-Appellee,*

AND

## NIKE, INC.,
*Defendant-Appellee,*

AND

## NISSAN NORTH AMERICA, INC.,
*Defendant-Appellee,*

AND

## SOUTHWEST AIRLINES CO.,
*Defendant-Appellee,*

AND

## REDBOX AUTOMATED RETAIL, LLC,
*Defendant-Appellee,*

AND

## STAPLES, INC.,
*Defendant-Appellee,*

AND

## VF OUTDOOR, INC.,
*Defendant-Appellee,*

AND

## VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC,
*Defendant-Appellee.*

---

2012-1227

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 12-CV-0018, Chief Judge Leonard Davis.

---

## ON MOTION

---

## O R D E R

Volkswagen Group of America, Inc., Bentley Motors, Inc. and Bentley Motors, Ltd. move to reform the caption.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to reform the caption is granted. The revised official caption is reflected above.

FOR THE COURT

APR 0 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 4 2012

JAN HORBALY
CLERK

cc:  David R. Bennett, Esq.
      John F. Sweeney, Esq.
      William H. Oldach, III, Esq.
      C. Erik Hawes, Esq.
      Michael J. McKeon, Esq.
      Gary J. Fischman, Esq.
      Nathan W. Johnson, Esq.
      Peter J. Brann, Esq.
      Jason C. White, Esq.
      Joseph R. Lanser, Esq.
      John P. Passarelli, Esq.
      Kenneth J. Jurek, Esq.
      James Robert Arnett, II, Esq.
      Steven M. Lieberman, Esq.
      Phillip B. Philbin, Esq.
      John M. Caracappa, Esq.
      Vivian S. Kuo, Esq.
      Christopher J. Renk, Esq.
      Jeffrey S. Patterson, Esq.
      Ramsey M. Al-Salam, Esq.
      Max Ciccarelli, Esq.
      Gerald C. Conley, Esq.
      David G. Mangum, Esq.
      John F. Ward, Esq.

s21